IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOSE GARCIA JIMENEZ,

          Defendant.

4:25CR3041

TRIAL BRIEF

<u>TRIAL</u>

An indictment was filed on May 19, 2025, charging Defendant Jose Garcia Jimenez (Garcia Jimenez), with Count I, conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine beginning on or about June 1, 2024 and continuing to on or about November 25, 2024 in violation of 21 U.S.C. § 846; Count II, possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine on or about November 25, 2024 in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1); and Count III, knowingly use and carry firearms during and in relation to, and possess firearms in furtherance of the drug-trafficking crimes in Counts I and II, in violation of 18 U.S.C. § 924(c)(1)(A). (Filing 1).  The indictment includes a forfeiture allegation seeking forfeiture of firearms, magazines, and ammunition seized from Garcia Jimenez's residence at 713 W 13th Street, Grand Island, Nebraska on or about November 25, 2024. *Id*.

This case arises from the seizure of a suspicious package sent through United Parcel Service, (UPS), to 713 W 13th Street, Grand Island. On November 23, 2024, Nebraska State Patrol Investigator Nicholas Bonney seized a suspicious package at the UPS sorting facility in

Omaha, Nebraska. The package was sent from Garden Grove, California. The sender's return address was listed as a community center, but when Inv. Bonney looked up the address, he found it was the address for a townhome. The package was shipped with UPS Next Day Air shortly prior to the scheduled pickup time in California. Inv. Bonney had his police service dog sniff the package and the dog alerted.

Inv. Bonney applied for a search warrant which was granted. The package contained a safe with two taped bundles of a white powdery substance that field tested positive for cocaine. Each bundle weighed approximately one kilogram. Inv. Bonney contacted Inv. Jason Bauer of the Tri-City Drug Enforcement Team, (TRIDENT), a multi-agency task force. Inv. Bauer and other members of TRIDENT coordinated a controlled delivery of the package on November 25, 2024. Inv. Bauer also applied for, and was granted, an anticipatory search warrant for 713 W 13th to be served after the package was delivered.

The package was addressed to Javier Rodriguez, but records showed the home was owned by Alejandro Robles Rodriguez, (Robles). TRIDENT investigators removed one of the bundles of cocaine from the package and performed the controlled delivery around 10 am. Detective Jimmy Barron placed the package on the front porch while other members of the task force conducted surveillance in the area. A few minutes after the package was dropped off Robles' girlfriend, Brenda Terrazas, (Terrazas), opened the front door, looked at the package, without retrieving it, and went back inside. A few minutes later, Robles retrieved the package, and TRIDENT contacted him as they served the search warrant.

During service of the search warrant, they learned Garcia Jimenez also lived at 713 W 13th, but he was at work at Hornady Manufacturing. Three investigators went to Hornady, contacted Garcia Jimenez, and brought him back to 713 W. 13th while the residence was

searched. Robles, Terrazas and their child lived on the main floor of the residence and Garcia Jimenez occupied a basement bedroom. In the master bedroom on the main floor, investigators found a white Girsan 9mm pistol with serial number T6368-22A11437. They also found Robles's phone which was later successfully downloaded.

Investigators found narcotics, drug paraphernalia, firearms, and firearms paraphernalia throughout the basement. In a closet in the basement hallway, investigators found a safe which held over 500 grams of cocaine and scales with cocaine residue. Garcia Jimenez's bedroom was a few feet away from this closet. In his Garcia Jimenez's bedroom, investigators found government ID cards and mail in his name; two bags of psilocyn mushrooms; three small bags of cocaine; a Sig Sauer pistol; a Girsan 9mm pistol with serial number T6368-22A09811; multiple magazines of 9mm ammunition and loose 9mm rounds. In a storage room, investigators found a glass bong; cash; a money counter; mail addressed to Robles; and the key to the safe in the hallway closet.

Garcia Jimenez was briefly interviewed. He told investigators which room was his and said Terrazas had nothing to do with drug distribution. His phone was seized and later downloaded.

The Government's evidence will consist of testimony from investigators involved in the controlled delivery of the cocaine, the search of Garcia Jimenez's home, and the review of the phones seized from Robles and Garcia Jimenez. Messages on found in Robles's and Garcia Jimenez's phones will show they had been selling cocaine together since at least June of 2024. Messages sent between them, and messages exchanged with their customers, show they were working together to distribute drugs. In addition to the physical evidence seized on November

25, 2024, the Government will present data extracted from the phones and photos and videos associated with the service of the search warrant.

The Government also anticipates presenting the testimony of the chemist who analyzed the substances seized from the residence; testimony regarding the status of the seized weapons as firearms; and expert testimony regarding the common business practices and activities of persons involved in drug-distribution organizations.  The expected substance of the expert witnesses' testimony is more particularly described in the separately filed expert witness notices. [1]

Respectfully submitted,

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:     s/ *Christopher J. Harroun*
        CHRISTOPHER J. HARROUN, #26800
        Assistant U.S. Attorney
        100 Centennial Mall North
        487 Federal Building
        Lincoln, NE  68508-3865
        Tel:  (402) 437-5241
        Fax:  (402) 437-5390
        E-mail:  christopher.harroun@usdoj.gov

---

[1] This evidence may come in through affidavits from the chemist, firearms analyst, and the investigator who downloaded the phones and/or a stipulation or stipulations.