IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSE GARCIA JIMENEZ,<br><br>Defendant. | **4:25CR3041**<br><br><br>**ORDER** |

THIS MATTER is before the Court on the Defendant's Motion to Appoint Co-Counsel for Trial. (Filing No. 115.)   Good cause having been shown, the Motion is Granted.

I find that the above-named defendant is eligible for appointment of co-counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED that Mona L. Burton is appointed as CJA co-counsel of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Mona L. Burton.

Dated this 23rd day of April, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge