IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GARCIA JIMENEZ,<br><br>Defendant. | 4:25CR3041<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the Plaintiff's Motion for Preliminary Order of Forfeiture (Filing No. 141). The Court has carefully reviewed the record in this case and finds as follows:

1.      On May 19, 2025, a federal grand jury in this District returned a three-count Indictment charging defendant with three counts. (Filing No. 1).

2.      The Forfeiture Allegation of the Indictment sought the forfeiture of:

   a.  Sig Sauer Model P320 9mm handgun seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024;

   b.  Girsan Model Regard MC 9mm handgun with serial number T6368-22A11437 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024;

   c.  Girsan Model Regard MC 9mm handgun with serial number T6368-22A09811 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; and

   d.  9mm rounds and magazines seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024

as "any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense." *Id.*

3.      On April 29, 2026, a jury found the Defendant guilty of Counts I and II of the Indictment. (Filing No. 132).

4.      Count I of the Indictment charged Defendant with conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture of cocaine, in violation of 21 U.S.C. §§ 841, 846. (Filing No. 1).

5.      Count II of the Indictment charged Defendant with possession with intent to distribute 500 grams or more of a mixture of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1) and 18 U.S.C. § 2. *Id*.

6.      At trial, defendant knowingly, intelligently, and voluntarily admitted to the Forfeiture Allegation contained within the Indictment. (Filing No. 132).

7.      Defendant has forfeited his interest in the property. Accordingly, the United States should be entitled to possession of said property pursuant to 21 U.S.C. § 853.

8.      The Government's Motion for Preliminary Order of Forfeiture should be granted.

**IT IS ORDERED:**

1.      The Government's Motion for Preliminary Order of Forfeiture (Filing No. 141) is granted.

2.      Based upon the Forfeiture Allegation of the Indictment, Defendant's admission to the Forfeiture Allegation, and the verdict of guilty, the Government is hereby authorized to seize the Sig Sauer Model P320 9mm handgun seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; Girsan Model Regard MC 9mm handgun with serial number T6368-22A11437 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; Girsan Model Regard MC 9mm handgun with serial number T6368-22A09811 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; and 9mm rounds and magazines seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024.

3.      Defendant's interest in the Sig Sauer Model P320 9mm handgun seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; Girsan Model Regard MC 9mm handgun with serial number T6368-22A11437 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; Girsan Model Regard MC 9mm handgun with serial number T6368-22A09811 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; and 9mm rounds and magazines seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024 is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.      The Sig Sauer Model P320 9mm handgun seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; Girsan Model Regard MC 9mm handgun with serial number T6368-22A11437 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; Girsan Model Regard MC 9mm handgun with serial number T6368-22A09811 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; and 9mm rounds and magazines seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024 is to be held by the Government in its secure custody and control.

5.      Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.      The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought.

7.      The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the forfeited property, as a substitute for published notice as to those persons so notified.

8.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 4th day of June, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

3