IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GARCIA JIMENEZ,<br><br>Defendant. | **4:25CR3041**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 159). Having reviewed the record in this case, the Court finds as follows:

1. On June 4, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in the following:

   a. Sig Sauer Model P320 9mm handgun seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024;
   b. Girsan Model Regard MC 9mm handgun with serial number T6368-22A11437 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024;
   c. Girsan Model Regard MC 9mm handgun with serial number T6368-22A09811 seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024; and
   d. 9mm rounds and magazines seized from 713 W 13th Street, Grand Island, NE on or about November 25, 2024.

(Filing No. 142).

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on June 6, 2026, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on August 27, 2026. (Filing No. 158).

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 159) is granted;

2. All right, title and interest in and to the Sig Sauer Model P320 9mm handgun, Girsan Model Regard MC 9mm handgun, Girsan Model Regard MC 9mm handgun, and 9mm rounds and magazines which was seized from the Defendant, held by any person or entity are forever barred and foreclosed;

3. The Sig Sauer Model P320 9mm handgun, Girsan Model Regard MC 9mm handgun, Girsan Model Regard MC 9mm handgun, and 9mm rounds and magazines are forfeited to the Government; and

4. The Government is directed to dispose of the property in accordance with the law.

Dated this 28th day of August, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge